# ERRATA

Macclenny Products v. United States, Court No. 05-00484, Slip Op. 14-5, dated January 22, 2014.

| | |
|---|---|
| Page 6: | In the penultimate line of the first paragraph of footnote 9, delete the extra space that appears immediately before "[v]alue". |
| Page 9: | In the line immediately following the block quote, replace "19 C.F.R. §" with "19 C.F.R. §§". |
| Page 10: | In line five of the first full paragraph, replace "that the KB would" with "that KB would". |
| Page 15: | In the final line of the main text, delete the space between "same" and ");". |
| Page 16: | In line six, replace "F2d" with "F.2d". |
| Page 27: | In line eight of the first full paragraph, replace "13 -20" with "13-20".  (In other words, delete the space that appears immediately after "13" and before "-20".) |
| Page 28: | In line two of footnote 28, insert a space between "11" and "(citing,". |
| Page 30: | In lines 13 to 14 of the sixth paragraph of footnote 28, replace "could "demonstrate that the price . . . " with "could "demonstrat[e] that the price . . . ". |
| Page 42: | In the penultimate line of footnote 38, replace "§ 56.40-56.42," with "§§ 56.40-56.42,". |
| Page 50: | In the last line of the second full paragraph, replace "§ 1401a(b)(2)(B)(i)-(ii)." with "§§ 1401a(b)(2)(B)(i)-(ii).". |

February 21, 2014