**SUPPLEMENTAL ERRATA**

<u>Macclenny Products v. United States</u>, Court No. 05-00484, Slip Op. 14-5, dated January 22, 2014.

Page 1: In the listing of counsel for Plaintiff, replace "<u>Jerry P. Siskin</u>, Simons & Siskin," with "<u>Jerry P. Wiskin</u>, Simons & Wiskin,".

February 25, 2014